IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RASMUSSEN AIR & GAS ENERGY, INC., a Nebraska corporation;<br><br>Plaintiff,<br><br>vs.<br><br>INGERSOLL-RAND COMPANY, a New Jersey corporation;<br><br>Defendant. | 8:16CV103<br><br>**ORDER** |

IT IS ORDERED that the parties' joint motion, (Filing No. 11), is granted as follows:

1) Plaintiff's amended complaint shall be filed on or before April 8, 2016.

2) Defendant's answer to the amended complaint shall be filed on or before April 22, 2016.

3) A telephonic planning conference with the undersigned magistrate judge will be held on May 10, 2016 at 10:30 a.m. Counsel for plaintiff shall place the call.

4) The parties' Rule 26(f) Report shall be filed on or before May 20, 2016.

March 31, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge